# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Marco RODRIGUEZ**<br>DOB: xx/xx/1993<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**19-01851MJ** |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 2, 2019, at or near Tucson, within the District of Arizona, Marco RODRIGUEZ knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 5,000 rounds of .223 caliber Wolf ammunition and 5,000 rounds of 7.62x39mm caliber Wolf ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 2, 2019, Marco RODRIGUEZ was stopped by Department of Public Safety (DPS) troopers for a traffic violation while on Interstate 19 south of Tucson, Arizona, near Papago Road. During the vehicle stop, RODRIGUEZ told the troopers he and his girlfriend were traveling from Tucson, Arizona, to Nogales, Arizona, to get something to eat. The troopers noticed the back seat of RODRIGUEZ's vehicle was folded down, and could see boxes of ammunition in the trunk of the vehicle and two pistols in the back seat of the vehicle. RODRIGUEZ admitted the he had been buying bulk ammunition in Phoenix, Arizona, and driving the ammunition in his vehicle to Tucson and Nogales, Arizona, where the ammunition would be picked up by a different individual and taken into Mexico. RODRIGUEZ admitted he was paid between $50.00 and $75.00 per box of ammunition and stated he had been buying the bulk ammunition for several months. RODRIGUEZ stated the firearms were his and he was solely trafficking the ammunition found in the trunk of the vehicle. RODRIGUEZ admitted he bought the ammunition found in his vehicle (which was confirmed to be 5,000 rounds of .223 caliber Wolf ammunition and 5,000 rounds of 7.62x39mm caliber Wolf ammunition) in Phoenix earlier that day, and was on his way to drop it off to an unknown individual in Nogales, Arizona until he was pulled over by DPS. RODRIGUEZ estimated he had bought and trafficked approximately 50,000 to 60,000 rounds of ammunition since he began doing so several months ago. RODRIGUEZ admitted that he has no export license and that he knew that smuggling ammunition from the United States into Mexico was illegal.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>REVIEWED by AUSA Angela W. Woolridge *(signature)*<br>   Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>*(signature)*<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*(signature)* | DATE<br>April 3, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54